UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60570-CIV-ALTMAN/Hunt

JOSEPH JOHN CORA,

     *Plaintiff,*

v.

KOKE REMODELING, LLC, *et al.*,

     *Defendants.*

_____/

## ORDER

**THIS MATTER** came before the Court at a Status Conference [ECF No. 7] on June 8, 2020. For the reasons stated in open court, the Court hereby **ORDERS** that:

1. By **June 9, 2020 11:59 p.m.**, the parties shall file a Joint Notice of Settlement (or Non-Settlement), which shall indicate whether this case has settled. If the parties need additional time to resolve questions of attorneys' fees and costs—or if they wish to litigate fees and costs before the Magistrate Judge—they must make that request in their Notice.

2. If the parties file a Joint Notice of Non-Settlement, Koke Remodeling, LLC must retain counsel and such counsel shall file a notice of appearance **by June 17, 2020**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 8th day of June 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record