UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-60570-civ-Altman/Hunt

JOSEPH JOHN CORA,

       Plaintiff,

v.

KOKE REMODELING, LLC D/B/A
EXOTIC LIVE EDGE SLABS,
RICHARD J. KOKE,

       Defendants.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, JOSEPH JOHN CORA, by and through the undersigned counsel, pursuant to the Court's Order [ECF No. 8], which states in part that "if [the parties] wish to litigate fees and costs before the Magistrate Judge—they must make that request in their Notice," hereby notifies the Court as follows:

1. The parties have reached a settlement.

2. The parties request that the Magistrate Judge determine fees and costs.

                        Respectfully submitted,

                        Koz Law, P.A.
                        320 S.E. 9th Street
                        Fort Lauderdale, Florida 33316
                        Phone: (786) 924-9929
                        Fax:    (786) 358-6071
                        Email: ekoz@kozlawfirm.com

                        */s/ Elliot A. Kozolchyk*
                        _____
                        Elliot Kozolchyk, Esq.
                        Bar No.: 74791

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 9, 2020 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Elliot Kozolchyk, Esq.

## SERVICE LIST

*Via Email*:
Richard Koke
2206 Mears Parkway
Margate, FL 33063
Tel: (954) 629-1587
Email: richkoke711@gmail.com