**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 20-60570-civ-Altman/Hunt

JOSEPH JOHN CORA,

      Plaintiff,

v.

KOKE REMODELING, LLC D/B/A
EXOTIC LIVE EDGE SLABS,
RICHARD J. KOKE,

      Defendants.

_____/

**MOTION FOR APPROVAL OF PARTIES' SETTLEMENT**
**AND DISMISSAL WITH PREJUDICE**

Plaintiff, JOSEPH JOHN CORA, by and through the undersigned counsel, hereby file this motion seeking the Court's approval of the parties' settlement and dismissal of Plaintiff's claims with prejudice conditioned upon the Court's reservation of jurisdiction to enforce the terms of the settlement.[1] In support, Plaintiff states the following:

1. On June 8, 2020, the Court held a status conference where the parties agreed to a settlement.

2. The terms of the settlement are that Defendants agree to pay Plaintiff $700.00 and additionally agree to pay Plaintiff's counsel's attorney's fees and costs as determined by Magistrate Judge Hunt.

3. On June 9, 2020, the Court entered its Order [ECF No. 8] directing the parties to:

> file a Joint Notice of Settlement (or Non-Settlement), which shall indicate whether this case has settled. If the parties need additional time to resolve questions of attorneys' fees and costs—or if they wish to litigate fees and costs before the Magistrate Judge—they must make that request in their Notice.

---

[1] *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

4.     Pursuant to ECF No. 8, the undersigned conferred with Defendants regarding settlement. Defendants reconfirmed their desire to settle the case for $700 plus attorney's fees and costs as determined by Magistrate Judge Hunt. Accordingly, the undersigned complied with ECF No. 8 by filing Notice of Settlement [ECF No. 9].

5.     On June 10, 2020, the Court entered its Order [ECF No. 12] closing the case and referring to Magistrate Judge Hunt "disposition of any remaining issues relating to attorneys' fees and costs."

6.     Today, the undersigned contacted Defendant Richard J. Koke and conferred with him on this motion. The undersigned advised Mr. Koke that he would be filing this motion seeking the Court's approval of the parties' settlement wherein Defendants agree to pay Plaintiff $700 and additionally agree to pay Plaintiff's fees and costs as determined by Magistrate Judge Hunt. Mr. Koke confirmed that he did not oppose this motion. The undersigned further advised that he would confer in good faith again with Mr. Koke regarding Plaintiff's fees and costs after the Court approves this settlement and, if the parties are unable to resolve Plaintiff's fees and costs, the undersigned would then file an appropriate motion with Magistrate Judge Hunt to determine fees and costs. Mr. Koke advised that he understood and agreed.

7.     The undersigned now moves for the Court's approval of this settlement.

8.     In the Eleventh Circuit, a compromise of an FLSA claim must either be supervised by the Secretary of Labor or must be approved by the District Court. *See Lynn's Food Stores, Inc. v. U.S. Department of Labor*, 679 F.2d at 1350 (11th Cir. 1982). To approve the settlement, the court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *Id.* at 1354. If the settlement terms meet the aforementioned criteria, the

Court should approve the settlement in order to promote the policy of encouraging settlement of litigation.  *Id.*; *see also Sneed v. Sneed's Shipbuilding, Inc.*, 545 F.2d 537, 539 (5th Cir. 1977).

WHEREFORE, the parties respectfully requests that the Court enter an Order: (1) approving the terms of this settlement as a fair and reasonable compromise of disputed claims, and (2) dismissing this action with prejudice conditioned upon the Court retaining jurisdiction to enforce the terms of this settlement.

Submitted on this Wednesday, July 1, 2020.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

*/s/ Elliot A. Kozolchyk*

Elliot Kozolchyk, Esq.
Bar No.: 74791

## CERTIFICATE OF CONFERRAL

I HEREBY CERTIFY that the undersigned conferred with Defendants regarding the relief sought herein and Defendants are in agreement and do not oppose this motion.

/s/ Elliot A. Kozolchyk
Elliot Kozolchyk, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 1, 2020 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

/s/ Elliot A. Kozolchyk
Elliot Kozolchyk, Esq.

## SERVICE LIST

*Via Email*:
Richard Koke
2206 Mears Parkway
Margate, FL 33063
Tel: (954) 629-1587
Email: richkoke711@gmail.com